United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY CUNNINGHAM, | § | |
| (Inmate # 03300717), | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-26-3493 |
| | § | |
| ED GONZALEZ, | § | |
| | § | |
| | § | |
| | § | |
| *Respondent*. | § | |

## MEMORANDUM OPINION AND ORDER

Petitioner Gregory Cunningham, (Inmate # 03300717), is currently detained in the Harris County Jail. In April 2026, he filed a letter challenging his detention, which the Court construed as an attempt to file a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Dkt. 1). On May 1, 2026, the Court ordered Cunningham to either pay the applicable filing fee for a habeas action or file a properly supported motion to proceed *in forma pauperis* by June 1, 2026. (Dkt. 3). The Court also ordered him to file an amended petition on the form approved for use by prisoners seeking relief under § 2241. (*Id.*) The Court provided the proper forms to Cunningham for his use and warned him that failing to comply as ordered would result in the Court dismissing his action without further notice under Federal Rule of Civil Procedure 41(b). (*Id.*).

1/ 3

Cunningham has failed to comply, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1.     Cunningham's letter petition for writ of habeas corpus, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2.     Any pending motions are **DENIED as moot**.

3.     Cunningham is advised that upon a showing of good cause for failing to comply with the Court's May 1 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by Cunningham's amended petition on the proper form and either payment of the $5.00 filing fee or a properly supported motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the petitioner.

SIGNED at Houston, Texas on _____ June 11 _____, 2026.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

3/ 3