United States District Court
Southern District of Texas
**ENTERED**
November 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY DEMON CUNNINGHAM, SPN #03300717, | § | |
| *Petitioner*, | § | |
| vs. | § | CIVIL ACTION NO. H-26-3493 |
| ED GONZALEZ, | § | |
| *Respondent*. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice** as to Cunningham's claims challenging the validity of his Anderson County conviction and Harris County detention. It is **DISMISSED without prejudice** as to his civil-rights claims.

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

SIGNED at Houston, Texas on Nov 13, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE